# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2187

THIS DOCUMENT RELATES TO THE CASES IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the Plaintiffs and C.R. Bard, Inc. ("Bard") have agreed to a settlement model with regard to Bard. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk place each of the cases listed on the attached Exhibit A on the pending inactive docket.

3. Plaintiffs and Bard may submit an agreed order of dismissal with prejudice on or before August 31, 2018; if settlements are not finalized and dismissal orders are not submitted by August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2187 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 5807, and send a copy of this Order to counsel of record and any represented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – Flint Law Firm LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:17-cv-00686 | Jennifer Villalobos v. C. R. Bard, Inc. |
| 2:17-cv-00687 | Kathy Kimmel-Walker, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00688 | Stephanie Streling, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00689 | Brenda Alonzo, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00690 | Patricia Armstrong v. C. R. Bard, Inc. |
| 2:17-cv-00691 | Judith Aucoin, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00692 | Alyse Averill v. C. R. Bard, Inc. |
| 2:17-cv-00693 | Jacqueline Baraniak, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00694 | Donna Bean v. C. R. Bard, Inc. |
| 2:17-cv-00695 | Rachel Beasley, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00696 | Ida Bellville v. C. R. Bard, Inc. |
| 2:17-cv-00697 | Diana Jo Dannaldson v. C. R. Bard, Inc. |
| 2:17-cv-00699 | Karyn Freeze v. C. R. Bard, Inc. |
| 2:17-cv-00708 | Sandra Kleckler, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00713 | Jean Hof, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00715 | Angelina Ramos v. C. R. Bard, Inc. |
| 2:17-cv-00716 | Zoila Reguero v. C. R. Bard, Inc. |
| 2:17-cv-00717 | Stacey Richards v. C. R. Bard, Inc. |
| 2:17-cv-00725 | Mary Burket, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00727 | Lora Brock v. C. R. Bard, Inc. |
| 2:17-cv-00728 | Beverly Mein v. C. R. Bard, Inc. |
| 2:17-cv-00730 | Phyllis Mitchell v. C. R. Bard, Inc. |
| 2:17-cv-00731 | Suzanne Muggleton v. C. R. Bard, Inc. |
| 2:17-cv-00732 | Carol Hufford v. C. R. Bard, Inc. |
| 2:17-cv-00741 | Kay McNack v. C. R. Bard, Inc. |
| 2:17-cv-00742 | Cecelia Lavinghouse v. C. R. Bard, Inc. |
| 2:17-cv-00743 | Marlene Lenze v. C. R. Bard, Inc. |
| 2:17-cv-00746 | Jillian Rockwood v. C. R. Bard, Inc. |
| 2:17-cv-00747 | Coretha Russ, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00748 | Martha Mattison, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00752 | Margaret Webb v. C. R. Bard, Inc. |
| 2:17-cv-00753 | Mary Fredrickson, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00754 | Pamela Grappin-Bryant v. C. R. Bard, Inc. |


| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:17-cv-00756 | Barbara Galante v. C. R. Bard, Inc. |
| 2:17-cv-00757 | Brenda Mull, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00758 | Theresa Neyhart, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00759 | Betty Hall, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00760 | Shelley Haller v. C. R. Bard, Inc. |
| 2:17-cv-00766 | Cathy Hager v. C. R. Bard, Inc. |
| 2:17-cv-00767 | Holly Hagerty, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00768 | Debra Whitaker v. C. R. Bard, Inc. |
| 2:17-cv-00769 | Jane Marek v. C. R. Bard, Inc. |
| 2:17-cv-00770 | Sandra Hall, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00771 | Connie Marino, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00772 | Elaine Laurie, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00773 | Janet Martin, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00782 | Jessica Dean v. C. R. Bard, Inc. |
| 2:17-cv-00783 | Magdalena Delgado v. C. R. Bard, Inc. |
| 2:17-cv-00791 | Elaine Childers, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00792 | Kathleen Cavanaugh v. C. R. Bard, Inc. |
| 2:17-cv-00793 | Melissa Devereaux v. C. R. Bard, Inc. |
| 2:17-cv-00794 | Laura White v. C. R. Bard, Inc. |
| 2:17-cv-00795 | Laurel Williams v. C. R. Bard, Inc. |
| 2:17-cv-00796 | Rita Doolittle, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00798 | Sandra Dove, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00799 | Joanne Hartley, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00800 | Jerri Harvey v. C. R. Bard, Inc. |
| 2:17-cv-00805 | Deborah Johnson v. C. R. Bard, Inc. |
| 2:17-cv-00807 | Margaret Rivera v. C. R. Bard, Inc. |
| 2:17-cv-00809 | Linda Ellis v. C. R. Bard, Inc. |
| 2:17-cv-00810 | Debra Rucker, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00817 | Donna Ryon, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00818 | Susanne Schaub v. C. R. Bard, Inc. |
| 2:17-cv-00821 | Diane Schneder, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00822 | Tilisha Ellison v. C. R. Bard, Inc. |
| 2:17-cv-00827 | Phyllis Elswick, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00833 | Christina Fawcett, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00837 | Beverly Murphy v. C. R. Bard, Inc. |
| 2:17-cv-00838 | Lorna Murray, et al. v. C. R. Bard, Inc. |

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-00839 | Kelly Noble v. C. R. Bard, Inc. |
| 2:17-cv-00840 | Deborah Pannell, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00841 | Cathy Piatt, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00843 | Alisa Crossen, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00844 | Theressa Ferguson, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00852 | Margaret Fletcher v. C. R. Bard, Inc. |
| 2:17-cv-00854 | Anna Marie Caione-Vorassi v. C. R. Bard, Inc. |
| 2:17-cv-00856 | Laura Scoble, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00862 | Frances Watson-O'Connell v. C. R. Bard, Inc. |
| 2:17-cv-00865 | Doris Scott, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00866 | Antoinette McIntyre, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00872 | Renee Martinez, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00874 | Trans Burke, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00875 | Stacey Poldson, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00887 | Kathy Shockley, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00888 | Dana Walton v. C. R. Bard, Inc. |
| 2:17-cv-00889 | Carolyn Hamilton, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00899 | Wayneta Kirchoff, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00902 | Glenda Knighton v. C. R. Bard, Inc. |
| 2:17-cv-00910 | Meline Mason, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00911 | Nellie Massingill v. C. R. Bard, Inc. |
| 2:17-cv-00912 | Pamela McCann, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00920 | Sherice McCoy v. C. R. Bard, Inc. |
| 2:17-cv-00929 | Deborah McKinley v. C. R. Bard, Inc. |
| 2:17-cv-00930 | Sherry Mallard v. C. R. Bard, Inc. |
| 2:17-cv-00932 | Sheila Martin v. C. R. Bard, Inc. |
| 2:17-cv-00940 | Debbie Wilkinson, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00948 | Marilyn Smith, et al. v. C. R. Bard, Inc. |
| 2:17-cv-00949 | Mary Stegman v. C. R. Bard, Inc. |
| 2:17-cv-01008 | Christine Taylor v. C. R. Bard, Inc. |
| 2:17-cv-01009 | Kathy Dailey v. C. R. Bard, Inc. |
| 2:17-cv-01011 | Dawn Tiede v. C. R. Bard, Inc. |
| 2:17-cv-01014 | Deborah Allen-Hutchins, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01016 | Awilda Aponte v. C. R. Bard, Inc. |
| 2:17-cv-01017 | Rhonda Arapis, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01018 | Deborah Aubrey v. C. R. Bard, Inc. |

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-01020 | Margaret Bargewell, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01022 | Cindy Barnes, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01023 | Deborah Barnikow v. C. R. Bard, Inc. |
| 2:17-cv-01024 | Jean Beisenstein, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01025 | Dawn Greenfield, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01026 | Mary Birmingham v. C. R. Bard, Inc. |
| 2:17-cv-01027 | Connie Black, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01029 | Lisa Decrapio v. C. R. Bard, Inc. |
| 2:17-cv-01030 | Barbara Lewis Edwards, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01031 | Lottie Wood, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01033 | Margaret Edmaiston v. C. R. Bard, Inc. |
| 2:17-cv-01035 | Julia Faulkner v. C. R. Bard, Inc. |
| 2:17-cv-01036 | Wanda Fields v. C. R. Bard, Inc. |
| 2:17-cv-01037 | Cherrie Sears v. C. R. Bard, Inc. |
| 2:17-cv-01038 | Stacey Shumar, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01039 | Joan Singleton, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01040 | Heather Smith v. C. R. Bard, Inc. |
| 2:17-cv-01041 | Nancy Spittal v. C. R. Bard, Inc. |
| 2:17-cv-01042 | Lisa Stage v. C. R. Bard, Inc. |
| 2:17-cv-01043 | Bamini Thomas, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01045 | Teresa Hellickson v. C. R. Bard, Inc. |
| 2:17-cv-01047 | Linda Hoebing, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01049 | Patrocinio Jarquin v. C. R. Bard, Inc. |
| 2:17-cv-01050 | Joyce Keller, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01051 | Patricia Keller, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01053 | Becky Koile v. C. R. Bard, Inc. |
| 2:17-cv-01054 | Kimberly Kozloski v. C. R. Bard, Inc. |
| 2:17-cv-01055 | Charolette Kulbacki, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01057 | Cheryl Lambert v. C. R. Bard, Inc. |
| 2:17-cv-01058 | Margaret Lancaster v. C. R. Bard, Inc. |
| 2:17-cv-01059 | Leandrea Lange, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01060 | Sonya Launi v. C. R. Bard, Inc. |
| 2:17-cv-01062 | Nancy Ritchey v. C. R. Bard, Inc. |
| 2:17-cv-01065 | Andrea Gibbs v. C. R. Bard, Inc. |
| 2:17-cv-01066 | Teresa Utz v. C. R. Bard, Inc. |
| 2:17-cv-01068 | Lois Williams v. C. R. Bard, Inc. |

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-01071 | Belvadora Clinton v. C. R. Bard, Inc. |
| 2:17-cv-01076 | Peggy Winebrenner v. C. R. Bard, Inc. |
| 2:17-cv-01077 | Donna Clyburn, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01078 | Joyce Crafton v. C. R. Bard, Inc. |
| 2:17-cv-01080 | Mary Colprit v. C. R. Bard, Inc. |
| 2:17-cv-01081 | Vicky Crosnoe Burkhalter v. C. R. Bard, Inc. |
| 2:17-cv-01084 | Caroline Owens Tucker, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01086 | Kimberly Powell, et al. v. C. R. Bard, Inc. |
| 2:17-cv-01087 | Maria Prado v. C. R. Bard, Inc. |
| 2:17-cv-01089 | Reania Norman v. C. R. Bard, Inc. |
| 2:17-cv-04483 | Kathleen Evans, et al. v. C. R. Bard, Inc. |