# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C. R. BARD, INC., <br> PELVIC REPAIR SYSTEMS <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Defendant C. R. Bard, Inc. without Prejudice)

Pending in MDL 2187, 2:10-md-2187 [ECF No. 7234] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and C. R. Bard, Inc., ("Bard"). The Motion seeks an order granting dismissal of the Bard defendant without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Bard defendant is **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed without prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Bard defendant from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2187 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 3, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – FLINT LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-00810 | Debra Rucker and Charles Rucker v. C.R. Bard, Inc. |
| 2:17-cv-00817 | Donna Ryon and Shaun Ryon v. C.R. Bard, Inc. |
| 2:17-cv-00818 | Susanne Schaub v. C.R. Bard, Inc. |
| 2:17-cv-00821 | Diane Schneder and Jerome Schneder v. C.R. Bard, Inc. |
| 2:17-cv-00822 | Tilisha Ellison v. C.R. Bard, Inc. |
| 2:17-cv-00827 | Phyllis Elswick and Jerry Elswick v. C.R. Bard, Inc. |
| 2:17-cv-00833 | Christina Fawcett and Michael Fawcett, Sr. v. C.R. Bard, Inc. |
| 2:17-cv-00837 | Beverly Murphy v. C.R. Bard, Inc. |
| 2:17-cv-00838 | Lorna Murray and Kenneth Murray v. C.R. Bard, Inc. |
| 2:17-cv-00839 | Kelly Noble v. C.R. Bard, Inc. |
| 2:17-cv-00841 | Cathy Piatt and Gary Piatt v. C.R. Bard, Inc. |
| 2:17-cv-00843 | Alisa Crossen and Russell Crossen v. C.R. Bard, Inc. |
| 2:17-cv-00844 | Theressa Ferguson and Richard Ferguson, Jr. v. C.R. Bard, Inc. |
| 2:17-cv-00852 | Margaret Fletcher v. C.R. Bard, Inc. |
| 2:17-cv-00854 | Anna Marie Caione-Vorassi v. C.R. Bard, Inc. |
| 2:17-cv-00856 | Laura Scoble and Brent Scoble v. C.R. Bard, Inc. |
| 2:17-cv-00862 | Frances Watson-O'Connell v. C.R. Bard, Inc. |
| 2:17-cv-00865 | Doris Scott and Samuel Scott v. C.R. Bard, Inc. |
| 2:17-cv-00866 | Antoinette McIntyre and Ronald McIntyre v. C.R. Bard, Inc. |
| 2:17-cv-00872 | Renee Martinez and Paul Martinez v. C.R. Bard, Inc. |
| 2:17-cv-00874 | Trans Burke and Lance Burke v. C.R. Bard, Inc. |
| 2:17-cv-00875 | Stacey Poldson and Paul Poldson v. C.R. Bard, Inc. |
| 2:17-cv-00887 | Kathy Shockley and Jeff Shockley v. C.R. Bard, Inc. |
| 2:17-cv-00888 | Dana Walton v. C.R. Bard, Inc. |
| 2:17-cv-00889 | Carolyn Hamilton and Rickey Hamilton v. C.R. Bard, Inc. |
| 2:17-cv-00899 | Wayneta Kirchoff and Rodney Berger v. C.R. Bard, Inc. |
| 2:17-cv-00902 | Glenda Knighton v. C.R. Bard, Inc. |
| 2:17-cv-00904 | Theresa Lambert v. C.R. Bard, Inc. |
| 2:17-cv-00910 | Meline Mason and Walter Mason v. C.R. Bard, Inc. |
| 2:17-cv-00912 | Pamela McCann and John McCann v. C.R. Bard, Inc. |
| 2:17-cv-00920 | Sherice McCoy v. C.R. Bard, Inc. |
| 2:17-cv-00929 | Deborah McKinley v. C.R. Bard, Inc. |
| 2:17-cv-00930 | Sherry Mallard v. C.R. Bard, Inc. |
| 2:17-cv-00931 | Catherine Boehne and Robert Boehne v. C.R. Bard, Inc. |
| 2:17-cv-00932 | Sheila Martin v. C.R. Bard, Inc. |
| 2:17-cv-00940 | Debbie Wilkinson and Timothy Wilkinson v. C.R. Bard, Inc. |

| | |
|---|---|
| 2:17-cv-00948 | Marilyn Smith and Mark Smith v. C.R. Bard, Inc. |
| 2:17-cv-00949 | Mary Stegman v. C.R. Bard, Inc. |
| 2:17-cv-01008 | Christine Taylor v. C.R. Bard, Inc. |
| 2:17-cv-01009 | Kathy Dailey v. C.R. Bard, Inc. |
| 2:17-cv-01010 | Michele Suzanne Colella and Erminio Colella v. C.R. Bard, Inc. |
| 2:17-cv-01011 | Dawn Tiede v. C.R. Bard, Inc. |
| 2:17-cv-01013 | Pamela Carlson v. C.R. Bard, Inc. |
| 2:17-cv-01014 | Deborah Allen-Hutchins and Duane Allen v. C.R. Bard, Inc. |
| 2:17-cv-01016 | Awilda Aponte v. C.R. Bard, Inc. |
| 2:17-cv-01017 | Rhonda Arapis and Cary Arapis v. C.R. Bard, Inc. |
| 2:17-cv-01018 | Deborah Aubrey v. C.R. Bard, Inc. |
| 2:17-cv-01020 | Margaret Bargewell and Lamar E. Mangum, Sr. v. C.R. Bard, Inc. |
| 2:17-cv-01022 | Cindy Barnes and Michael Barnes v. C.R. Bard, Inc. |
| 2:17-cv-01023 | Deborah Barnikow v. C.R. Bard, Inc. |
| 2:17-cv-01024 | Jean Beisenstein and Neil Beisenstein v. C.R. Bard, Inc. |
| 2:17-cv-01025 | Dawn Greenfield and Donald Greenfield v. C.R. Bard, Inc. |
| 2:17-cv-01026 | Mary Birmingham v. C.R. Bard, Inc. |
| 2:17-cv-01027 | Connie Black and Stacy Black v. C.R. Bard, Inc. |
| 2:17-cv-01029 | Lisa Decrapio v. C.R. Bard, Inc. |
| 2:17-cv-01030 | Barbara Edwards and Donald Edwards v. C.R. Bard, Inc. |
| 2:17-cv-01031 | Lottie Wood and Kenneth Wood v. C.R. Bard, Inc. |
| 2:17-cv-01033 | Margaret Edmaiston v. C.R. Bard, Inc. |
| 2:17-cv-01035 | Julia Faulkner v. C.R. Bard, Inc. |
| 2:17-cv-01037 | Cherrie Sears v. C.R. Bard, Inc. |
| 2:17-cv-01038 | Stacey Shumar and Joel Shumar v. C.R. Bard, Inc. |
| 2:17-cv-01039 | Joan Singleton and George Singleton v. C.R. Bard, Inc. |
| 2:17-cv-01041 | Nancy Spittal v. C.R. Bard, Inc. |
| 2:17-cv-01042 | Lisa Stage v. C.R. Bard, Inc. |
| 2:17-cv-01043 | Bamini Thomas and Thomas Matthew v. C.R. Bard, Inc. |
| 2:17-cv-01045 | Teresa Hellickson v. C.R. Bard, Inc. |
| 2:17-cv-01046 | Aileen Hildebrand and Kenneth Hildebrand v. C.R. Bard, Inc. |
| 2:17-cv-01047 | Linda Hoebing and Edward Hoebing v. C.R. Bard, Inc. |
| 2:17-cv-01049 | Patrocinio Jarquin v. C.R. Bard, Inc. |
| 2:17-cv-01050 | Joyce Keller and John Keller v. C.R. Bard, Inc. |
| 2:17-cv-01051 | Patricia Keller and Millett Keller v. C.R. Bard, Inc. |
| 2:17-cv-01052 | Beverly Kittler and Dennis Kittler v. C.R. Bard, Inc. |
| 2:17-cv-01053 | Rebecca Koile v. C.R. Bard, Inc. |
| 2:17-cv-01054 | Kimberly Kozloski v. C.R. Bard, Inc. |
| 2:17-cv-01055 | Charlotte Kulbacki and James Kulbacki v. C.R. Bard, Inc. |
| 2:17-cv-01057 | Cheryl Lambert v. C.R. Bard, Inc. |
| 2:17-cv-01058 | Margaret Lancaster v. C.R. Bard, Inc. |

| | |
|---|---|
| 2:17-cv-01059 | Leandrea Lange and Shawn Lange v. C.R. Bard, Inc. |
| 2:17-cv-01060 | Sonya Launi v. C.R. Bard, Inc. |
| 2:17-cv-01062 | Nancy S. Ritchey v. C.R. Bard, Inc. |
| 2:17-cv-01066 | Teresa Utz v. C.R. Bard, Inc. |
| 2:17-cv-01068 | Lois Williams v. C.R. Bard, Inc. |
| 2:17-cv-01071 | Belvadora Kay Clinton v. C.R. Bard, Inc. |
| 2:17-cv-01076 | Peggy Winebrenner v. C.R. Bard, Inc. |
| 2:17-cv-01077 | Donna Clyburn and Freddy Clyburn v. C.R. Bard, Inc. |
| 2:17-cv-01080 | Mary Colprit v. C.R. Bard, Inc. |
| 2:17-cv-01081 | Vicky Crosnoe-Burkhalter v. C.R. Bard, Inc. |
| 2:17-cv-01084 | Caroline Owens-Tucker v. C.R. Bard, Inc. |
| 2:17-cv-01086 | Kimberly Powell v. C.R. Bard, Inc. |
| 2:17-cv-01087 | Maria Prado v. C.R. Bard, Inc. |
| 2:17-cv-01089 | Reania Norman v. C.R. Bard, Inc. |
| 2:17-cv-01190 | Betty Miller and Richard Miller v. C.R. Bard, Inc. |
| 2:17-cv-01227 | Maria Chavarria v. C.R. Bard, Inc. |
| 2:17-cv-02248 | Shari Nolan and Gary Nolan v. C.R. Bard, Inc. |
| 2:17-cv-03247 | Linda Sharp Seamans v. C.R. Bard, Inc. |
| 2:17-cv-04483 | Kathleen M. Evans and Arthur W. Evans v. C.R. Bard, Inc. |